```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

GLADYS CAJINA,                         *

    Plaintiff,                     *

vs.                                    *
                                                  CASE NO. 4:12-CV-36 (CDL)
CAROLYN W. COLVIN, Acting              *
Commissioner of Social
Security,                              *

    Defendant.                     *

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed February 8, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 22nd day of March, 2013.

                                                      S/Clay D. Land
                                                           CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE